UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EDDIE FEEZELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:03-CV-396 |
| | ) | (Guyton) |
| ALLTRISTA ZINC PRODUCTS COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Defendant Alltrista Zinc Products Company seeks clarification of the Court's Order [Doc. 35] filed on May 18, 2005. Defendant argues that the Order does not articulate any express limitation on the scope of Plaintiff's sur-reply brief, and that such brief must be limited to only the evidence in Defendant's reply brief which Plaintiff characterizes as "new." Plaintiff has no opposition to the motion, and has advised the Court that he intends to limit his brief to new evidence only.

For good cause shown, Defendant's Motion for Clarification (to Alter or Amend) [Doc. 36] is **GRANTED**. Plaintiff's sur-reply brief shall be limited to addressing only the "new" evidence raised in Defendant's reply brief.

**IT IS SO ORDERED.**

                **ENTER:**

                <u>    s/ H. Bruce Guyton    </u>
                United States Magistrate Judge