IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| EDDIE FEEZELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:03-CV-396 |
| | ) | (Guyton) |
| ALLTRISTA ZINC PRODUCTS | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Summary Judgment filed on behalf of Defendant Alltrista Zinc Products Company [Doc. 12] is **GRANTED**. As no other claims remain for adjudication, the Court **DIRECTS** the Clerk of the Court to **CLOSE** this case.

**IT IS SO ORDERED.**

**ENTER:**

      s/ H. Bruce Guyton
United States Magistrate Judge

1