UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| EDDIE FEEZELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:03-CV-396 |
| | ) | (Guyton) |
| ALLTRISTA ZINC PRODUCTS COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Memorandum Opinion [Doc. 43] entered by the Court on July 15, 2005 shall be placed under seal until **August 2, 2005**, at which time it shall be unsealed, unless an objection is filed by one of the parties showing that good cause exists for the Memorandum Opinion to remain sealed. **IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge